**FILED**
APR 15 2008 TC
APR 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND ET AL., <br><br> Plaintiffs <br><br> v. <br><br> IBEX COMMUNICATIONS, INC. <br><br> Defendant | 08CV 2150 <br> JUDGE SHADUR <br> MAGISTRATE JUDGE COLE <br><br> Civil Case Number: 07-1546 RWT |

## ORDER

Upon consideration of Plaintiff's Motion for Default Judgment Against Defendant IBEX Communications, Inc. [Paper No. 5], it is this 2nd day of August, 2007, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Request for Entry of Default Judgment Against Defendant Venture Development Company, LLC [Paper No. 5] is **GRANTED**; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** against Defendant IBEX Communications, Inc. in the amount of $3,353.28, comprising $1605.66 in delinquent contributions, $325.00 In interest, $323.77 in liquidated damages, and $1,098.85 in attorneys fees and costs; and it is further

**ORDERED**, that the Clerk of this Court is directed to **MAIL** a copy of this Order to Defendant IBEX Communications, Inc., 12095 Floyd Drive, Roscoe, Illinois, 61073.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 4/7/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

**FILED**
APR 1 5 2008 T C

APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND ET AL., <br><br> Plaintiffs <br><br> v. <br><br> IBEX COMMUNICATIONS, INC. <br><br> Defendant | 08CV 2150 <br> JUDGE SHADUR <br> MAGISTRATE JUDGE COLE <br><br> Civil Case Number: 07-1546 RWT |

### ORDER

Upon consideration of Plaintiff's Motion for Default Judgment Against Defendant IBEX Communications, Inc. [Paper No. 5], it is this 2nd day of August, 2007, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Request for Entry of Default Judgment Against Defendant Venture Development Company, LLC [Paper No. 5] is **GRANTED**; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** against Defendant IBEX Communications, Inc. in the amount of $3,353.28, comprising $1605.66 in delinquent contributions, $325.00 In interest, $323.77 in liquidated damages, and $1,098.85 in attorneys fees and costs; and it is further

**ORDERED**, that the Clerk of this Court is directed to **MAIL** a copy of this Order to Defendant IBEX Communications, Inc., 12095 Floyd Drive, Roscoe, Illinois, 61073.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 4/7/08
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy